466 A.2d 713

Commonwealth v. Gray, Appellant.

Submitted April 6, 1983. Barnaby Wittels, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

Affirmed.